UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>                  Plaintiff,              )<br>                                                           )<br>          v.                                           )<br>                                                           )<br> CEMEX, S.A.B de C.V.,                )<br>                                                           )<br>                  Defendant.           )  | Civil No. 1:07-cv-00640<br><br>Filed: 04/04/2007 |

## CERTIFICATE OF SERVICE

I, Frederick H. Parmenter, hereby certify that on April 4, 2007, I caused a copy of the foregoing Complaint, Stipulation, and proposed Final Judgment to be served on defendant CEMEX, S.A.B. de C.V. by mailing the document electronically to the duly authorized legal representative of the defendant, as follows:

**Counsel for Defendant CEMEX, S.A.B. de C.V.**

John E. Beerbower, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
(212)474-1864
jbeerbower@cravath.com

                                              /s/
                                    Frederick H. Parmenter
                                    VA Bar No. 18184
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Antitrust Division
                                    1401 H Street, NW, Suite 3000
                                    Washington, D.C.  20530
                                    Telephone: (202) 307-0620