UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-640 |
| ) | |
| **CEMEX, S.A.B. de C.V. and** ) | |
| **RINKER GROUP LTD.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### ORDER

Upon consideration of the parties' Motion [6] for an Order Entering Amended Hold Separate Stipulation and Order, and the entire record herein, it is hereby

ORDERED, that the Motion [6] is GRANTED; and it is further

ORDERED, that the Amended Hold Separate Stipulation and Order [6] is approved and entered by the Court.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 2, 2007.