UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>CEMEX, S.A.B. de C.V., and<br>RINKER GROUP LIMITED,<br><br>      Defendants. | CASE NO.: 1:07-cv-00640<br><br>JUDGE: Hon. Royce C. Lamberth<br><br>DECK TYPE: Antitrust<br><br>DATE STAMPED: |

### ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Peter C. Thomas hereby gives notice of his entry of appearance on behalf of Defendant Rinker Group Limited.

June 18, 2007

Respectfully submitted,

By:  /s/ Peter C. Thomas
_____
Peter C. Thomas, D.C. Bar # 495928
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Ave., N.W.
North Building
Washington, D.C. 20004
(202) 220-7700

*Counsel for Defendant Rinker Group Limited*