# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CEMEX, S.A.B. de C.V., and<br>RINKER GROUP LIMITED,<br><br>          Defendants. | CASE NO.: 1:07-cv-00640<br><br>JUDGE: Hon. Royce C. Lamberth<br><br>DECK TYPE: Antitrust<br><br>DATE STAMPED: |

## DEFENDANT'S REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), Defendant, Rinker Group Limited ("Rinker") hereby certifies that to the best of its knowledge and belief (1) there were no written or oral communications by or on behalf of Rinker with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on May 2, 2007, except for communications solely between counsel for Rinker (Simpson Thacher & Bartlett LLP and Rinker's Australian counsel, Freehills) with employees of the Department of Justice which are excluded from the reporting requirements of § 16(g) of the Tunney Act, and (2) Rinker has fully complied with the requirements of Section 2(g) of the Tunney Act.

Dated: June 18, 2007

                                          Respectfully submitted,

                                          SIMPSON THACHER & BARTLETT LLP

                                          _____/s/_____<br>
                                          Peter C. Thomas (Bar #495928)<br>
                                          COUNSEL FOR RINKER GROUP LIMITED

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of June, 2007, I caused a true copy of the foregoing Defendant's Report and Certification of Compliance with Tunney Act Requirements to be served via overnight delivery to:

Frederick H. Parmenter
U.S. DEPARTMENT OF JUSTICE
Antitrust Division, Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, D.C. 20530
(202) 307-0620

*Attorney for Plaintiff United States of America*

John E. Beerbower
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 20530
(212) 474-1864

*Attorney for Defendant Cemex, S.A.B. de C.V.*


Dated: June 18, 2007

                                                                          /s/
                                            Andrew M. Lacy (Bar #496644)
                                            SIMPSON THACHER & BARTLETT LLP
                                            601 Pennsylvania Avenue, N.W.
                                            North Building
                                            Washington, D.C. 20004
                                            Tel: (202) 220-7700