UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>CEMEX, S.A.B. de C.V., and<br>RINKER GROUP LIMITED,<br><br>                          Defendants. | CASE NO.: 1:07-CV-00640<br><br>JUDGE: Hon. Royce C. Lamberth<br><br>DECK TYPE: Antitrust<br><br>DATE STAMPED: |

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Katherine B. Forrest hereby gives notice of her entry of appearance on behalf of Defendant CEMEX, S.A.B. de C.V.

Dated: June 19, 2007

                                          Respectfully Submitted,

By:  /s/ Katherine B. Forrest
       Katherine B. Forrest, D.C. Bar # NY0032
       CRAVATH, SWAINE & MOORE LLP
       Worldwide Plaza
       825 Eighth Avenue
       New York, NY 10019
       (212) 474-1000

       *Counsel for Defendant CEMEX,*
       *S.A.B. de C.V.*