## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.: 1:07-CV-00640 |
| v. | JUDGE: Hon. Royce C. Lamberth |
| CEMEX, S.A.B. de C.V., and RINKER GROUP LIMITED, | DECK TYPE: Antitrust |
| | DATE STAMPED: |
| Defendants. | |

### DEFENDANT'S REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), Defendant CEMEX, S.A.B. de C.V. ("Cemex") hereby certifies that to the best of its knowledge and belief (1) on February 27, 2007, representatives of defendant Cemex, along with outside counsel from Cravath, Swaine & Moore LLP and economic consultants from LECG, met with employees of the Department of Justice (the "Department") to present the proposal that led to the proposed Final Judgment filed in this action on May 2, 2007 (the "proposed Final Judgment"). The Cemex representatives submitted no written communications to the Department. Oral communications by Cemex representatives to the Department discussed the proposal and modifications proposed by the Department and responded to questions and comments from the Department; (2) there were no other written or oral communications by or on behalf of Cemex with any officer or employee of the United States concerning or relevant to the proposed Final Judgment, except for communications solely between outside

counsel for Cemex (Cravath, Swaine & Moore LLP) with employees of the Department of Justice, which are excluded from the reporting requirements of Section 2(g) of the Tunney Act; and (3) Cemex has fully complied with the requirements of Section 2(g) of the Tunney Act.

Dated: June 19, 2007

                 Respectfully Submitted,

                 CRAVATH, SWAINE & MOORE LLP

                 _____/s/_____
                 Katherine B. Forrest, D.C. Bar # NY0032
                 COUNSEL FOR CEMEX, S.A.B. de C.V.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2007, I caused a true copy of the foregoing Defendant's Report and Certification of Compliance with Tunny Act Requirements to be served via overnight delivery to:

Frederick H. Parmenter
U.S. DEPARTMENT OF JUSTICE
Antitrust Division, Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, D.C. 20530
(202) 307-0620

*Attorney for Plaintiff United States of America*

Peter C. Thomas
SIMPSON, THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, D.C. 20004
(202) 220-7700

*Attorney for Defendant Rinker Group Limited*

Dated: June 19, 2007

                                                    /s/
                                       Katherine B. Forrest (D.C. Bar # NY0032
                                       CRAVATH, SWAINE & MOORE LLP
                                       Worldwide Plaza
                                       825 Eighth Avenue
                                       New York, NY 10019
                                       (212) 474-1000