## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CEMEX, S.A.B. de C.V. and<br>RINKER GROUP LIMITED,<br><br>    Defendants. | CASE NO.: 1:07-cv-00640<br><br>JUDGE: Hon. Royce C. Lamberth<br><br>DECK TYPE:  Antitrust<br><br>DATE STAMPED: |

### NOTICE OF SELECTION OF ALTERNATIVE ASSETS FOR DIVESTITURE

Plaintiff, the United States of America, by its attorneys, respectfully notifies the Court

that, as provided in Paragraph IV(H) of the Final Judgment, it has selected alternative assets

owned by Cemex, S.A.B. de C.V. ("Cemex") to replace assets Cemex will be unable to divest

within the divestiture time period specified in the Final Judgment.

To protect against a variety of situations in which a Divestiture Asset owned by Rinker

Group Limited ("Rinker") prior to the acquisition by Cemex could not be divested, and to ensure

that each acquirer has sufficient assets to be able to compete for the projects for which Cemex

and Rinker competed, the United States and Cemex included Paragraph IV(H) in the Final

Judgment.  Paragraph IV(H) provides that, if for any reason Cemex is unable to divest any of the

Divestiture Assets within the divestiture period established in Paragraph IV(A) of the Final

Judgment, the United States, in its sole discretion, may select one or more alternative assets

owned by Cemex that are located in the same geographic area to be divested in lieu of the

affected Divestiture Asset.

Pursuant to Paragraph IV(H), the United States has concluded that Cemex will be unable

to divest Rinker's Ave Maria ready mix plant located at 4811 Ave Maria Boulevard, Immokalee,

Florida, and has selected Cemex's Immokalee ready mix plant located at 1111 East Main Street,

Collier County, Florida to be divested in its stead.  Likewise, the United States has concluded

that Cemex will be unable to divest Rinker's Palmetto concrete block plant, located at 900 9th

Street West, Palmetto, Florida, and has selected Cemex's Bradenton concrete block plant located

at 1709 9th Street East, Bradenton, Florida 34208, for divestiture in lieu of the Palmetto plant.

Dated: September 10, 2007

Respectfully submitted,

Frederick H. Parmenter
VA Bar No. 18184
Attorney
United States Department of Justice
Antitrust Division
Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, D.C. 20530
(202) 307-0620

## CERTIFICATE OF SERVICE

I, Frederick H. Parmenter, hereby certify that on September _10_, 2007, I caused a copy of the foregoing Notice of Selection of Alternative Assets for Divestiture to be served on defendants CEMEX, S.A.B. de C.V. and RINKER GROUP LIMITED by mailing the document electronically to the duly authorized legal representatives of each defendant.

Frederick H. Parmenter

Counsel for CEMEX, S.A.B. de C.V.:

Clifford H. Aronson, Esquire
Skadden, Arps, Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522
(212) 735-2644
caronson@skadden.com

Counsel for RINKER GROUP LIMITED:

Kevin Arquit, Esquire
Peter C. Thomas, Esquire
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-7680
pthomas@stblaw.com