UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CEMEX, S.A.B. de C.V. and<br>RINKER GROUP LIMITED,<br><br>Defendants. | CASE NO.: 1:07-cv-00640<br><br>JUDGE: Hon. Royce C. Lamberth<br><br>DECK TYPE:  Antitrust<br><br>DATE STAMPED: |

### NOTICE OF EXTENSION OF TIME

Plaintiff, the United States of America, by the undersigned attorney, hereby provides notice that pursuant to paragraph IV(A) of the Final Judgment, it has granted defendant Cemex, S.A.B. de C.V. a thirty (30) day extension of time to divest the Divestiture Assets. The divestiture period provided under paragraph IV(A) of the Final Judgment shall expire no earlier than November 16, 2007.

Dated: October 12, 2007

Respectfully submitted,

Frederick H. Parmenter
VA Bar No. 18184
Attorney
United States Department of Justice
Antitrust Division
Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, D.C. 20530
(202) 307-0620

## CERTIFICATE OF SERVICE

I, Frederick H. Parmenter, hereby certify that on October 12, 2007, I caused a copy of the foregoing Notice of Extension of Time to be served on defendants CEMEX, S.A.B. de C.V. and RINKER GROUP LIMITED by mailing the document electronically to the duly authorized legal representatives of each defendant.

Frederick H. Parmenter

Counsel for CEMEX, S.A.B. de C.V.:

Clifford H. Aronson, Esquire
Skadden, Arps, Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522
(212) 735-2644
caronson@skadden.com

Counsel for RINKER GROUP LIMITED:

Kevin Arquit, Esquire
Peter C. Thomas, Esquire
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-7680
pthomas@stblaw.com