UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CEMEX, S.A.B. de C.V. and<br>RINKER GROUP LIMITED,<br><br>　　　　Defendants. | CASE NO.: 1:07-cv-00640<br><br>JUDGE: Hon. Royce C. Lamberth<br><br>DECK TYPE: Antitrust<br><br>DATE STAMPED: |

### NOTICE OF EXTENSION OF TIME

　　Plaintiff, the United States of America, by the undersigned attorney, hereby provides notice that pursuant to paragraph IV(A) of the Final Judgment, it has granted a twenty-one (21) day extension of time to divest the Divestiture Assets. The divestiture period provided under paragraph IV(A) of the Final Judgment shall expire no earlier than December 7, 2007.

Dated: November 14, 2007

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Frederick H. Parmenter
　　　　　　　　　　　　　　　　　　　　　VA Bar No. 18184
　　　　　　　　　　　　　　　　　　　　　Attorney
　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　Antitrust Division
　　　　　　　　　　　　　　　　　　　　　Litigation II Section
　　　　　　　　　　　　　　　　　　　　　1401 H Street, N.W., Suite 3000
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　(202) 307-0620

## CERTIFICATE OF SERVICE

I, Frederick H. Parmenter, hereby certify that on November 14, 2007, I caused a copy of the foregoing Notice of Extension of Time to be served on defendants CEMEX, S.A.B. de C.V. and RINKER GROUP LIMITED by mailing the document electronically to the duly authorized legal representatives of each defendant.

_____
Frederick H. Parmenter

Counsel for CEMEX, S.A.B. de C.V.:

Clifford H. Aronson, Esquire
Skadden, Arps, Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522
(212) 735-2644
caronson@skadden.com

Counsel for RINKER GROUP LIMITED:

Kevin Arquit, Esquire
Peter C. Thomas, Esquire
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-7680
pthomas@stblaw.com